DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JEREMY CENTENO,

Petitioner,

v.

GHD CONSTRUCTION SERVICES, INC.,

Respondent.

No. 2D23-2389

———————————————

March 22, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County; Patricia Ann Muscarella, Judge.

John J. Shahady and Thomas R. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for Petitioner.

Michael J. Labbee and Tyler A. Hayden of Phillips, Hayden & Labbee, LLP, St. Petersburg, for Respondent.


PER CURIAM.

        Denied.

SLEET, C.J., and KELLY, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.